H. H. ("Shashi") Kewalramani (State Bar No. 262290)
shashi@ljpklaw.com
LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.
440 West First Street, Suite 205
Tustin, California 92780
Telephone: (714) 252-6611
Facsimile: (714) 602-4690

Attorney for Plaintiff,
**O.S. SECURITY LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| O.S. SECURITY LLC,<br><br>　　　　Plaintiff,<br>　　v.<br><br>BRK BRANDS, INC.,<br><br>　　　　Defendants. | CASE NO. SACV 14-310 AG (DFMx)<br><br>**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS** |

Plaintiff O.S. Security LLC ("OSS") answers the counterclaims of Defendant BRK Brands, Inc., as follows, and refers to the corresponding paragraph number in the counterclaims portion of Defendant's Answer and Counterclaims To O.S. Security LLC's First Amended Complaint:

　　1.　　Admitted.

　　2.　　Admitted.

3. Admitted there is subject matter jurisdiction. Denied as to merits of counterclaims.

4. Admitted.

5. Admitted.

6. Admitted that there is a ripe controversy. Denied as to merits of relief sought.

7. Paragraph 7 purports to incorporate paragraphs 1-6 above. This is improper, and not fairly subject to being admitted or denied. Subject to the foregoing, OSS incorporates its answers to paragraphs 1-6 above.

8. Denied.

9. Admitted that Defendant is seeking a declaration. Denied as to relief sought.

10. Paragraph 10 purports to incorporate paragraphs 1-9 above. This is improper, and not fairly subject to being admitted or denied. Subject to the foregoing, OSS incorporates its answers to paragraphs 1-9 above.

11. Denied.

12. Admitted that Defendant is seeking a declaration. Denied as to relief sought.

13.     Paragraph 13 purports to incorporate paragraphs 1-12 above. This is improper, and not fairly subject to being admitted or denied. Subject to the foregoing, OSS incorporates its answers to paragraphs 1-12 above.

14.     Denied.

15.     Admitted that Defendant is seeking a declaration. Denied as to relief sought.

16.     Paragraph 16 purports to incorporate paragraphs 1-15 above. This is improper, and not fairly subject to being admitted or denied. Subject to the foregoing, OSS incorporates its answers to paragraphs 1-15 above.

17.     Denied.

18.     Admitted that Defendant is seeking a declaration. Denied as to relief sought.

19.     Paragraph 19 purports to incorporate paragraphs 1-18 above. This is improper, and not fairly subject to being admitted or denied. Subject to the foregoing, OSS incorporates its answers to paragraphs 1-18 above.

20.     Denied.

21.     Admitted that Defendant is seeking a declaration. Denied as to relief sought.

22. Paragraph 22 purports to incorporate paragraphs 1-21 above. This is improper, and not fairly subject to being admitted or denied. Subject to the foregoing, OSS incorporates its answers to paragraphs 1-21 above.

23. Denied.

24. Admitted that Defendant is seeking a declaration. Denied as to relief sought.

### PRAYER FOR RELIEF

WHEREFORE, OSS respectfully requests that this Court enter judgment denying and dismissing Defendant's counterclaims, deny the relief sought by Defendant, and that the Court enter judgment in favor of OSS as requested in OSS' complaint, as amended or supplemented.

Dated:   May 22, 2014

Respectfully submitted,

LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.

/s/
_____
H. H. ("Shashi") Kewalramani

Attorney for Plaintiff
O.S. SECURITY LLC

/ / /

/ / /

/ / /

## **PROOF OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on May 22, 2014 with a copy of this document via the Court's CM/ECF system per the Local Rules. Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or first class mail on this date.

By: /s/
H. H. ("Shashi") Kewalramani