H. H. ("Shashi") Kewalramani (State Bar No. 262290)
shashi@ljpklaw.com
Lee, Jorgensen, Pyle & Kewalramani, PC
440 West First Street, Suite 205
Tustin, California 92780
Telephone: (714) 252-6611
Facsimile: (714) 602-4690

Attorney for Plaintiff, **O.S. SECURITY LLC**

Valerie W. Ho (SBN 200505)
HoV@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone:  310-586-7700
Facsimile:   310-586-7800

Kevin J. O'Shea (admitted *pro hac vice*)
osheak@gtlaw.com
Matthew J. Levinstein (admitted *pro hac vice*)
levinsteinm@gtlaw.com
Greenberg Traurig, LLP
77 West Wacker Dr., Ste. 3100
Chicago, IL 60601
Telephone: 312-456-1025
Facsimile: 312-899-0385

Attorney for Defendant **BRK BRANDS, INC.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| O.S. SECURITY LLC,<br><br>  Plaintiff,<br>  v.<br><br>BRK BRANDS, INC.<br><br>  Defendant. | **CASE NO. SACV 14-00310-AG (DFMx)**<br><br>**JOINT RULE 26(f) REPORT**<br><br>Scheduling Order Date: May 9, 2014 |

Plaintiff O.S. Security LLC ("Plaintiff" or "OSS") and Defendant BRK Brands, Inc. ("Defendant" or "BRK") hereby submit their Joint Rule 26(f) Report.  The Report includes all information required by this Court's Order Setting Scheduling Conference, and notes the parties' disagreements on issues where applicable.

**A.     Fed. R. Civ. P. 26(f)(1) – Conference Timing**

Counsel conducted their Rule 26 early meeting of counsel by telephone on June 3, 2014.

**B.     Fed. R. Civ. P. 26(f)(2) – Conference Content; Parties' Responsibilities**

Counsel discussed the nature and basis of the claims and defenses, the possibility of early settlement, arranged for the exchange of Rule 26 initial disclosures, discussed preserving evidence, and developed a proposed discovery plan.

**C.     Fed. R. Civ. P. 26(f)(3) – Discovery Plan**

This is a patent infringement action by Plaintiff, the alleged owner by assignment of United States Patent Nos. 6,977,576; 7,019,615 and 7,295,100 ("the Patents-in-Suit").  BRK manufactures and sells electronic safes alleged to infringe the Patents-in-Suit.

Plaintiff states that damages from such infringements comprise a reasonable royalty.  BRK states that it has not infringed the Patents-in-Suit and that Plaintiff is not entitled to any damages or other relief from BRK.  Plaintiff's First Amended

Complaint (Dkt. No. 24) and BRK's Answer, Affirmative Defenses, and Counterclaims to First Amended Complaint (Dkt. No. 27) are incorporated by reference herein.

A proposed case schedule is included in Section F that contains proposed dates corresponding to the SPRs.

(a)   No changes should be made the timing, form, or requirement for disclosures under Rule 26(a) unless set forth herein.  The parties exchanged Rule 26 Initial Disclosures on June 6, 2014.

(b)   The parties anticipate taking discovery on at least operation of the accused products, prosecution of the Patents-in-Suit, infringement of the Patents-in-Suit, invalidity of the Patents-in-Suit, enforceability of the Patents-in-Suit, inventorship of the Patents-in-Suit, ownership of the Patents-in-Suit, and damages. A proposed Discovery Cutoff Date is included in Section F.

(c)   The parties expect to file a proposed Stipulated Protective Order prior to the Scheduling Conference.

(d)   The parties expect to file a proposed Stipulated E-discovery Order prior to the Scheduling Conference.

(e)   No changes should be made to the limitations on discovery imposed under the Federal Rules of Civil Procedure or the Local Rules, except as set forth

herein, in the SPRs, and/or in any Stipulated Protective Order or E-Discovery Order jointly filed by the parties that the Court enters.

**D.** **L.R. 26-1**

(a) This is not a complex case requiring the Manual for Complex Litigation.

(b) A proposed cutoff date for all dispositive motions is included in Section F. Plaintiff believes that additional factual investigation is necessary before it can determine what dispositive or partially dispositive motions will be made. BRK anticipates filing motions for summary judgment of non-infringement, invalidity, and/or unenforceability. The parties reserve the right to file additional dispositive or partially dispositive motion based on information learned during the course of discovery.

(c) The parties have initiated settlement discussions, but have been unable to settle at this time. The parties propose participating in L.R. 16-15 Settlement Option Number 1, to appear in front of Magistrate Judge McCormick.

(d) The parties estimate 6-8 days for trial. Plaintiff expects to call probably 7-9 witnesses. Defendants expect to call approximately 8-10 witnesses.

(e) The parties do not anticipate the appearance of additional parties in this action.

(f) The proposed timing of expert disclosures is included in Section F.

**E.     Other Issues**

The parties do not/do anticipate unusual litigation issues.  The parties request a jury trial.  The Plaintiff will seek to consolidate this matter for all pre-trial matters with the following cases pending before the Court, which allegedly involve similar technology, and one or more of the Patents-in-Suit:

- *O.S. Security LLC v. Alarm Lock Sys., Inc. and Napco Security Technologies, Inc.,* SACV 14-00312 AG (DFMx)
  Patents Asserted: U.S. Patent Nos. 7,456,725, 7,482,907 and 7,683,758.

- *O.S. Security LLC v. John D. Brush & Co., Inc., d/b/a Sentry Group,* SACV 14-00314 AG (DFMx)
  Patents Asserted: U.S. Patent Nos. 6,359,547; 6,977,576; 7,019,615 and 7,295,100

- *O.S. Security LLC v. Kaba Ilco Corp. and Kaba Holding AG*, SACV 14-00316 AG (DFMx)
  Patents Asserted: U.S. Patent Nos. 5,617,082; 6,359,547; 6,977,576; 7,019,615; 7,295,100; 7,456,725; 7,482,907; 7,683,758 and 8,587,405.

- *O.S. Security LLC v. SARGENT Mfg. Co., ASSA Abloy, Inc., and ASSA Abloy AB,* SACV 14-00318 AG (DFMx)
  Patents Asserted: U.S. Patent Nos. 5,617,082; 6,977,576; 7,019,615; 7,295,100; 7,456,725; 7,482,907; 7,683,758 and 8,587,405.

- *O.S. Security LLC v. Schlage Lock Co. LLC,* SACV14-00319 AG

(DFMx)

Patents Asserted: U.S. Patent Nos. 5,617,082; 6,977,576; 7,019,615, 7,295,100; 7,456,725, 7,683,758 and 8,587,405.

## F. Proposed Deadlines

### The Parties' Position

The parties propose the following schedule:

| Date | Event |
| --- | --- |
| May 9, 2014 | Case Scheduling Order |
| May 23, 2014 | Plaintiff's Preliminary Infringement Contentions due under SPRs 2.1 and 2.2 |
| June 6, 2014 | Parties Exchange Rule 26(a) Initial Disclosures |
| July 7, 2014 | Case Scheduling Conference |
| July 21, 2014 | BRK's Preliminary Invalidity Contentions due under SPRs 2.5 and 2.6 |
| August 4, 2014 | Simultaneous Exchange of Claim Terms for Construction under SPR 3.1 |
| August 18, 2014 | Simultaneous Exchange of Proposed Claim Construction and Extrinsic Evidence under SPR 3.2 |
| September 15, 2014 | Deadline to Complete Claim Construction Discovery under SPR 3.3 |
| September 22, 2014 | Joint Claim Construction and Prehearing Statement due under SPR 3.4 |
| September 29, 2014 | Simultaneous Opening Claim Construction Briefs due under SPR 3.5 |
| October 13, 2014 | Simultaneous Responsive Claim Construction Briefs due under SPR 3.5 |
| November 3, 2014 | Claim Construction Hearing under SPR 3.6 |
| 28 Days After *Markman* Ruling | Plaintiff's Final Infringement Contentions and expert reports for which Plaintiff bears the burden of proof due under SPR 4.1 |
| 28 Days After *Markman* Ruling | Exchange of Advice of Counsel Materials under SPR 4.4 |
| 28 Days After | BRK's Final Invalidity Contentions and expert reports |

| | |
|---|---|
| Service of SPR 4.1 Materials | for which BRK bears the burden of proof due under SPR 4.2 |
| 28 Days After Service of Expert Report | Rebuttal Expert Report due |
| 28 Days After Service of Last Rebuttal Expert Report / May 1, 2015 | Discovery Cutoff |
| 28 Days After Discovery Cutoff | Dispositive Motion Deadline under SPR 4.5 |
| August 11, 2015 | Trial Start Date |

Dated: June 16, 2014       **LEE, JORGENSEN, PYLE & KEWALRAMANI,**


By:  /s/ H. H. (Shashi) Kewalramani_____
     H. H. (Shashi) Kewalramani
     Attorney for Plaintiff, O.S. Security LLC


Dated: June 16, 2014       **GREENBERG TRAURIG, LLP**


By:  /s/ Kevin J. O'Shea_____
     Kevin J. O'Shea
     Attorney for Defendant BRK Brands, Inc.