# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 14-0310-AG(DFMx) | Date | July 7, 2014 |
| Title | O.S. SECURITY LLC v FIRST ALERT, INC. ET AL | | |

Present: The Honorable    ANDREW J. GUILFORD, U.S. District Judge

| Dwayne Roberts | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Shashi Kewalramani | Kevin J. O'Shea |

**Proceedings:**   SCHEDULING CONFERENCE

Cause is called for hearing and counsel make their appearances.  Court and counsel confer.  The Scheduling Conference is continued to August 25, 2014 at 9:00 a.m.

The Court will excuse any failure to meet any deadlines pending the August 25, 2014 date.  All parties are ordered to discuss how all dates in related cases may be coordinated.

                                                                                                         :    07

                                                    Initials of Preparer     dr