UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 14-310 AG (DFMx); SACV 14-312 AG (DFMx); SACV 14-314 AG (DFMx); SACV 14-316 AG (DFMx); SACV 14-318 AG (DFMx); SACV 14-319 AG (DFMx) | Date | August 6, 2014 |
|---|---|---|---|
| Title | O.S. SECURITY LLC v. FIRST ALERT, INC. et al.; ALARM CLOCK SYSTEMS, INC. et al.; JOHN D. BRUSH & CO. d/b/a SENTRY GROUP; KABA ILCO CORP. et al.; SARGENT MANUFACTURING COMPANY et al.; SCHLAGE LOCK COMPANY LLC | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER CONTINUING SCHEDULING CONFERENCES; CONTINUING HEARING ON MOTION TO TRANSFER; REQUIRING STATEMENTS ON INTENT TO SEEK TRANSFER**

These related cases are all set for scheduling conferences on August 25, 2014, at 9:00 a.m. For reasons of judicial efficiency and calendar management, the Court CONTINUES these hearings to September 8, 2014, at 9:00 a.m.

In *O.S. Security v. Schlage Lock Company, LLC*, SACV 14-319 AG (DFMx), the defendant has filed a motion to transfer under 28 U.S.C. § 1404(a) to the Southern District of Indiana. (Dkt. No. 41.) For reasons of judicial efficiency, the Court also CONTINUES this hearing to September 8, 2014, at 10:00 a.m.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 14-310 AG (DFMx); SACV 14-312 AG (DFMx); SACV 14-314 AG (DFMx); SACV 14-316 AG (DFMx); SACV 14-318 AG (DFMx); SACV 14-319 AG (DFMx) | Date | August 6, 2014 |
|---|---|---|---|
| Title | O.S. SECURITY LLC v. FIRST ALERT, INC. et al.; ALARM CLOCK SYSTEMS, INC. et al.; JOHN D. BRUSH & CO. d/b/a SENTRY GROUP; KABA ILCO CORP. et al.; SARGENT MANUFACTURING COMPANY et al.; SCHLAGE LOCK COMPANY LLC | | |

The defendants in the other actions are required to inform the Court in writing by August 14, 2014, whether they also intend to seek transfer to another district.

                                                                                             :   0

Initials of Preparer     lmb