Valerie W. Ho (SBN 200505)
HoV@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Kevin J. O'Shea (admitted *pro hac vice*)
osheak@gtlaw.com
Matthew J. Levinstein (admitted *pro hac vice*)
levinsteinm@gtlaw.com
GREENBERG TRAURIG, LLP
77 W. Wacker Drive
Chicago, IL 60601

Attorneys for Defendant BRK Brands, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| O.S. SECURITY LLC,<br><br>                    Plaintiff,<br><br>     vs.<br><br>BRK BRANDS, INC.,<br><br>                    Defendant. | CASE NO. SACV-14-00310-AG-DFM<br><br>BRK BRANDS, INC.'S NOTICE OF INTENT TO NOT SEEK TRANSFER<br><br>Judge: Hon. Andrew J. Guilford |

Pursuant to the Court's August 6, 2014, Order (Dkt. No. 32) requiring each Defendant to inform the Court whether it intends to seek transfer to another District, Defendant BRK Brands, Inc. hereby informs the Court that it does ***not*** intend to seek transfer to another District.

DATED: August 14, 2014        GREENBERG TRAURIG, LLP

By:   /s/ *Valerie W. Ho*
Valerie W. Ho
GREENBERG TRAURIG, LLP
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
hov@gtlaw.com

Kevin J. O'Shea (admitted *pro hac vice*)
Matthew J. Levinstein (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
77 W. Wacker Drive
Chicago, IL 60601
osheak@gtlaw.com
levinsteinm@gtlaw.com

Attorneys for Defendant
BRK BRANDS, INC.