H. H. ("Shashi") Kewalramani (State Bar No. 262290)
shashi@ljpklaw.com
Lee, Jorgensen, Pyle & Kewalramani, PC
440 West First Street, Suite 205
Tustin, California 92780
Telephone: (714) 252-6611
Facsimile: (714) 602-4690

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| O.S. SECURITY LLC,<br><br>      Plaintiff,<br>   v.<br><br>BRK BRANDS, INC.<br><br>      Defendant. | **CASE NO. SACV 14-00310-AG (DFMx)**<br><br>**JOINT RULE 26(f) AMENDED SCHEDULE**<br><br>Rule 26 Conference Date: Sep.8, 2014 |
| O.S. SECURITY LLC,<br><br>      Plaintiff,<br>   v.<br><br>ALARM LOCK SYSTEMS, INC., et al.,<br><br>      Defendants. | **CASE NO. SACV 14-00312-AG (DFMx)**<br><br>**JOINT RULE 26(f) AMENDED SCHEDULE**<br><br>Rule 26 Conference Date: Sep.8, 2014 |

| | |
|---|---|
| O.S. SECURITY LLC,<br><br>    Plaintiff,<br>  v.<br><br>JOHN D. BRUSH & CO.,<br><br>    Defendant. | **CASE NO. SACV 14-00314-AG (DFMx)**<br><br>**JOINT RULE 26(f) AMENDED SCHEDULE**<br><br>Rule 26 Conference Date: Sep.8, 2014 |
| O.S. SECURITY LLC,<br><br>    Plaintiff,<br>  v.<br><br>SARGENT MFG. CO., et al.,<br><br>    Defendant. | **CASE NO. SACV 14-00318-AG (DFMx)**<br><br>**JOINT RULE 26(f) AMENDED SCHEDULE**<br><br>Rule 26 Conference Date: Sep.8, 2014 |
| O.S. SECURITY LLC,<br><br>    Plaintiff,<br>  v.<br><br>SCHLAGE LOCK CO., et al.,<br><br>    Defendant. | **CASE NO. SACV 14-00319-AG (DFMx)**<br><br>**JOINT RULE 26(f) AMENDED SCHEDULE**<br><br>Rule 26 Conference Date: Sep.8, 2014 |

As ordered by the Court at the hearing held on September 8, 2014, enclosed as

/ / /

/ / /

1  Exhibit A is the amended case management schedule with the trial date for each of
2  the respective defendants.

Dated: September 15, 2014         **LEE, JORGENSEN, PYLE & KEWALRAMANI,**

                                  By:   /s/ H. H. (Shashi) Kewalramani
                                        H. H. (Shashi) Kewalramani
                                        Attorney for Plaintiff, O.S. Security LLC